UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X   No. 14 CV 6455
UNITED STATES OF AMERICA, ex.rel. AKIVA         :
TESSLER and FELIX GONZALEZ,
                                                **AFFIRMATION OF**
              Plaintiffs,                       **SERVICE**
                                                :

          -against-                             :

THE CITY OF NEW YORK,                           :
              Defendant.
------------------------------------------X

    I, PAUL BIERMAN, declare under penalty of perjury that I served a copy of the attached First Amended Complaint upon all other parties in this case.  The Defendant City of New York was served on October 16, 2015 by hand delivery to *Ms. B. Mazyck* at 100 Church Street, New York, N.Y. 10007.  Plaintiff Felix Gonzalez was served by electronic mail and regular first class mail through the United States Postal Service to his Counsels Richard Ancowitz and Sanford Rosenbloom at 110 Great Oaks Boulevard, Albany, N.Y. 12203, email address factlaw@yahoo.com.


Dated: October 16, 2015
      Staten Island, N.Y.

                                                                 Paul Bierman, Esq.