WILMERHALE

October 27, 2015

**Debo P. Adegbile**

+1 212 295 6717 (t)
+1 212 230 8888 (f)
debo.adegbile@wilmerhale.com

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court
  for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

RE:   *United States ex rel. Tessler, et al. v. The City of New York*
      Civil Action No. 14-cv-6455 (JMF)
      Letter-Motion for Extension of Time to Respond to the First Amended Complaint

Dear Judge Furman,

In accordance with Rule 1E of this Court's Individual Practices, Defendant City of New York respectfully submits this letter-motion requesting a sixty-day extension of time for Defendant to answer, move, or otherwise respond to the First Amended Complaint ("FAC"), to December 29, 2015. Defendant has conferred with counsel for Plaintiffs Tessler and Gonzalez, who consent to this request.

Defendant was served with the original complaint on September 8, 2015. On September 29, 2015, this Court granted Defendant's request for a thirty-day extension of time to respond to the original complaint, to October 29, 2015. On October 16, 2015, Defendant was served with the FAC. Under Fed. R. Civ. P. 15(a)(3), the current deadline to respond to the FAC is October 30, 2015. Defendant seeks sixty days from this current deadline, to December 29, 2015, because the FAC raises a number of additional allegations and appends new materials that Defendant must assess prior to responding. There have been no previous requests to extend the time to respond to the FAC. The Court has scheduled an initial pretrial conference in this matter for November 10, 2015, at 2:30PM.

WILMERHALE

October 27, 2015
Page 2

We are, of course, available to discuss this or any other matters.

        Respectfully submitted,

        By: /s/ Debo P. Adegbile _____
        Debo P. Adegbile
        Boyd M. Johnson III
        Wilmer Cutler Pickering Hale and Dorr LLP
        7 World Trade Center
        250 Greenwich Street
        New York, NY 10007
        Tel: (212) 230-8800
        Fax: (212) 230-8888
        debo.adegbile@wilmerhale.com
        boyd.johnson@wilmerhale.com

        Saurabh H. Sanghvi (*pro hac vice*)
        Wilmer Cutler Pickering Hale and Dorr LLP
        1875 Pennsylvania Ave NW
        Washington, DC 20006
        Tel: (202) 663-6540
        Fax: (202) 663-6363
        saurabh.sanghvi@wilmerhale.com

        *Attorneys for Defendant City of New York*

CC: Counsel of Record (via ECF)