UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

UNITED STATES OF AMERICA ex rel. AKIVA TESSLER and FELIX GONZALEZ,

                              Plaintiffs,

- against -

THE CITY OF NEW YORK,

                              Defendant.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

14 CV 6455 (JMF)

       **PLEASE** enter the appearance of the undersigned on behalf of defendant City of New York in the above titled action.

Dated:    New York, New York
            October 29, 2015

                                        ZACHARY W. CARTER
                                        Corporation Counsel of the
                                          City of New York
                                        Attorney for Defendant
                                        100 Church Street, Room 2-126
                                        New York, New York  10007
                                        (212) 356-2087
                                        e-mail: SKitzing@law.nyc.gov

                             By:    s/Stephen Kitzinger
                                     Stephen Kitzinger
                                     Assistant Corporation Counsel