UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
UNITED STATES OF AMERICA, ex rel.
AKIVA TESSLER and FELIX GONZALEZ      :

               Plaintiff,         :
                                            Civ. Action No. 14-cv-6455-JMF
      -against-        :

THE CITY OF NEW YORK,             :

               Defendant.        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


**NOTICE OF DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Defendant's Motion to Dismiss the First Amended Complaint, dated December 11, 2015, and upon all of the papers and pleadings filed in these actions, Defendant City of New York by and through its undersigned counsel, moves this Court, before the Honorable Jesse M. Furman, United States District Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, NY 10007, for an order dismissing all claims in the First Amended Complaint against Defendant pursuant to Rule 9(b) and Rule 12(b)(6) of the Federal Rules of Civil Procedure.  The basis for the motion is set forth in the accompanying Memorandum of Law.  Defendant respectfully requests oral argument on the motion in the accompanying letter request, filed today.

Dated: New York, New York
December 11, 2015

                                        Respectfully submitted,

By: /s/ Debo P. Adegbile
Boyd M. Johnson III
Debo P. Adegbile
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
boyd.johnson@wilmerhale.com
debo.adegbile@wilmerhale.com

David W. Ogden (*pro hac vice*)
Saurabh H. Sanghvi (*pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Tel: (202) 663-6540
Fax: (202) 663-6363
david.ogden@wilmerhale.com
saurabh.sanghvi@wilmerhale.com

Zachary W. Carter
Corporation Counsel of the City of New York
By: Stephen Kitzinger
Assistant Corporation Counsel
100 Church Street, Room 2-126
New York, New York 10007
Tel: (212) 356-2087
SKitzing@law.nyc.gov

*Attorneys for Defendant City of New York*