WILMERHALE

December 11, 2015

Debo P. Adegbile

+1 212 295 6717 (t)
+1 212 230 8888 (f)
debo.adegbile@wilmerhale.com

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court
  for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

RE:   *United States ex rel. Tessler, et al. v. The City of New York*
      Civil Action No. 14-cv-6455 (JMF)
      Letter Requesting Oral Argument on Motion to Dismiss

Dear Judge Furman,

In accordance with Rule 3G of this Court's Individual Practices, Defendant City of New York respectfully requests that the Court grant oral argument on its Motion to Dismiss the First Amended Complaint, filed with the Court today.

We are, of course, available to discuss this or any other matters.

    Respectfully submitted,

    By: /s/ Debo P. Adegbile
    Boyd M. Johnson III
    Debo P. Adegbile
    Wilmer Cutler Pickering Hale and Dorr LLP
    7 World Trade Center
    250 Greenwich Street
    New York, NY 10007
    Tel: (212) 230-8800
    Fax: (212) 230-8888
    boyd.johnson@wilmerhale.com
    debo.adegbile@wilmerhale.com

    David W. Ogden (*pro hac vice*)
    Saurabh H. Sanghvi (*pro hac vice*)
    Wilmer Cutler Pickering Hale and Dorr LLP
    1875 Pennsylvania Ave NW

WILMERHALE

December 11, 2015
Page 2

        Washington, DC 20006
        Tel: (202) 663-6540
        Fax: (202) 663-6363
        david.ogden@wilmerhale.com
        saurabh.sanghvi@wilmerhale.com

        Zachary W. Carter
        Corporation Counsel of the City of New York
        By: Stephen Kitzinger
        Assistant Corporation Counsel
        100 Church Street, Room 2-126
        New York, New York 10007
        Tel: (212) 356-2087
        SKitzing@law.nyc.gov

        *Attorneys for Defendant City of New York*

CC:  Counsel of Record (via ECF)