**Full docket text for document 42:**
ORDER denying [41] Letter Motion for Extension of Time. Having already had seven full weeks to prepare a response to Defendant's December 11, 2015 motion, Plaintiffs provide no reason for an additional extension, let alone an extension of six additional weeks. Accordingly, the motion is denied. As a courtesy, however, the Court will grant Plaintiffs' one extra week - to February 8, 2016 - to file an opposition or amended complaint; Defendant's deadline is extended by one week as well. (HEREBY ORDERED by Judge Jesse M. Furman)(Text Only Order) (Furman, Jesse)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/11/2016 10:45:04 | | | |
| **PACER Login:** | paulbierman:4630341:0 | **Client Code:** | |
| **Description:** | History/Documents | **Search Criteria:** | 1:14-cv-06455-JMF |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |